UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>GLEN GRAY, )<br>)<br>    Defendant. )<br>_____ ) | 1:06-CV-01188-AWI-DLB-<br><br>ORDER GRANTING CONTINUANCE OF SCHEDULING CONFERENCE |

On September 1, 2006, plaintiff filed this declaratory relief action against defendant Glen J. Gray. On December 1, 2006, plaintiff filed a request for continuance of the scheduling conference currently scheduled for December 12, 2006.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

The Scheduling Conference is continued to February 12, 2007 at 9:00 a.m. with the Joint Scheduling Conference Statement due on or before February 5, 2007.  The time for service of process pursuant to Rule 4 of the Federal Rules of Civil Procedure is also extended to February 22, 2007.

IT IS SO ORDERED.

**Dated:   December 5, 2006**                        **/s/ Dennis L. Beck**
3c0hj8                                                                    UNITED STATES MAGISTRATE JUDGE