1  Adrienne C. Publicover, Esq.  (SBN 161432)
   Dennis J. Rhodes, Esq.  (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
4  Telephone:    (415) 433-0990
   Facsimile:     (415) 434-1370
5
   Attorneys for Plaintiff
6  AMERICAN GENERAL LIFE
   INSURANCE COMPANY
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 AMERICAN GENERAL LIFE          )   Case No.:       1: 06 CV 01188 AWI DLB
   INSURANCE COMPANY,             )
12                                )   *AMENDED* SECOND REQUEST FOR
              Plaintiff,          )   CONTINUANCE OF SCHEDULING
13                                )   CONFERENCE and ORDER THEREON
        v.                        )
14                                )
   GLEN J. GRAY,                  )   [Declaratory Judgment Action]
15                                )
              Defendant.          )
16                                )

17

18      Plaintiff AMERICAN GENERAL LIFE INSURANCE COMPANY ("American General")

19 hereby submits this Request for Continuance of Scheduling Conference for good cause as follows:

20      1.      On December 5, 2006, this Court granted American General's request to continue

21 the dates for the filing of a Joint Scheduling Report and the Scheduling Conference, previously set

22 for December 5 and for December 12, 2006, respectively.  American General and plaintiff had

23 been in settlement discussions.  Therefore, the Court continued the date for filing the Joint

24 Scheduling Report to February 5, 2007 and the date for the Scheduling Conference to February 12,

25 2007.  The Court also extended the time for effecting service of process on Defendant Gray until

26 February 22, 2007.

27

28

2.  Despite good faith efforts, the parties' attempts to resolve the matter have proved unfruitful to date.  Therefore, American General sent the complaint and the related papers out for service on plaintiff on January 30, 2007.  Service is currently in progress.  Because the matter will not be at issue until such time as plaintiff has responded to the complaint, American General requests that the Court continue the Scheduling Conference to April 11, 2007, with the Joint Scheduling Conference Statement due on or before March 26, 2007.

Respectfully submitted:

Dated: February 5, 2007                    WILSON, ELSER, MOSKOWITZ,
                                                                    EDELMAN & DICKER LLP


                                                             By:  _____*/s/ Dennis J. Rhodes*_____
                                                                    Adrienne C. Publicover, Esq.
                                                                    Dennis J. Rhodes, Esq.
                                                                    Attorneys for Plaintiff
                                                                    AMERICAN GENERAL LIFE
                                                                    INSURANCE COMPANY

**ORDER**

The request of Plaintiff American General Life Insurance Company came before this Court for consideration.  For good cause appearing, it is hereby ordered that the Scheduling Conference is continued to April 11, 2007.  The parties shall file a Joint Scheduling Conference Statement on or before March 26, 2007.


Dated: February 5, 2007                    /s/ *Dennis L. Beck*
                                                                    Honorable Dennis L. Beck
                                                                    United States Magistrate Judge

---

2
*AMENDED* REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE and ORDER THEREON
USDC EDCA Case #CV06-01188 AWI DLB
264209.1