UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INS. CO.,<br><br>        Plaintiff,<br><br>  vs.<br><br>GLEN J. GRAY,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-06-1188 LJO DLB<br><br>**ORDER AFTER SETTLEMENT** |

The parties have informed the Court that the above-captioned case has settled. Pursuant to this Court's Local Rule 16-160 and at the request of the parties, this Court ORDERS the parties, no later than June 4, 2007, file papers to dismiss this action in its entirety.

**All court dates** and any other pending matters in this action are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   April 10, 2007**                      **/s/ Lawrence J. O'Neill**
b9ed48                                                        UNITED STATES DISTRICT JUDGE