Adrienne C. Publicover, Esq.  (SBN 161432)
Dennis J. Rhodes, Esq.  (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Plaintiff
AMERICAN GENERAL LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>GLEN J. GRAY,<br><br>          Defendant. | Case No.:   CV06-01188 LJO DLB<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>**[FRCP RULE 41(a)]**<br><br>[Declaratory Judgment Action] |

**IT IS HEREBY REQUESTED** by plaintiff, American General Life Insurance Company, that the above-entitled action be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.  The parties having resolved their dispute and defendant, Glen J. Gray, not having appeared in the action, dismissal under Rule 41(a) is proper.

1
2
3   Dated: May 11, 2007        WILSON, ELSER, MOSKOWITZ,
4                                             EDELMAN & DICKER LLP
5                              By:    */s/ Dennis J. Rhodes*
6                                   Adrienne C. Publicover, Esq.
                                    Dennis J. Rhodes, Esq.
7                                   Attorneys for Plaintiff
                                    AMERICAN GENERAL LIFE
8                                   INSURANCE COMPANY
9
                                          **ORDER**
10
11
12   IT IS SO ORDERED.
13
14   **Dated:   May 14, 2007**              **/s/ Lawrence J. O'Neill**
15                                         UNITED STATES DISTRICT JUDGE
16
17
18
19
20
21
22
23
24
25
26

**REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**
USDC EDCA Case #CV06-01188 AWI DLB
279883.1