Adrienne C. Publicover, Esq.  (SBN 161432)
Dennis J. Rhodes, Esq.  (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
AMERICAN GENERAL LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | Case No.:    CV06-01188 AWI DLB |
|---|---|---|
| Plaintiff, | ) ) ) | **REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |
| v. | ) ) | **[FRCP RULE 41(a)]** |
| GLEN J. GRAY, | ) ) ) | [Declaratory Judgment Action] |
| Defendant. | ) ) | |

**IT IS HEREBY REQUESTED** by plaintiff, American General Life Insurance Company, that the above-entitled action be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.  The parties having resolved their dispute and defendant, Glen J. Gray, not having appeared in the action, dismissal under Rule 41(a) is proper.

Dated: May 11, 2007                              WILSON, ELSER, MOSKOWITZ,
                                                   EDELMAN & DICKER LLP


                                         By:  _____*/s/ Dennis J. Rhodes*_____
                                                Adrienne C. Publicover, Esq.
                                                Dennis J. Rhodes, Esq.
                                                Attorneys for Plaintiff
                                                AMERICAN GENERAL LIFE
                                                INSURANCE COMPANY

## ORDER

Plaintiff having filed a dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   May 16, 2007                                  /s/ Anthony W. Ishii
                                                                  UNITED STATES DISTRICT JUDGE